March 8, 2005


The Honorable Kent A. Jordan
United States Courthouse
844 King Street
Wilmington, DE 19801

        **Re: Alan Barr and John Malandruccolo, Jr. v.**
            **Carpenters Pension and Annuity Plan,**
            **C.A. 04-1468**

Dear Judge Jordan:

      Enclosed for the Court's approval is the Scheduling Order which conforms to the dates established at the scheduling teleconference held on February 25, 2005.

                Respectfully yours,


                /s/ Joseph M. Bernstein
                Joseph M. Bernstein


JMB/jm
cc: Timothy J. Snyder, Esquire (w/enc)