IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR.,    : <br> : <br>   Plaintiffs,    : <br> : <br>   v.    : <br> : <br>CARPENTERS PENSION AND ANNUITY: <br>PLAN OF PHILADELPHIA AND    : <br>VICINITY, successor by merger to    : <br>CARPENTERS LOCAL 626 PENSION    : <br>AND ANNUITY PLAN,    : <br> : <br>   Defendant.    : | Civil Action No. 04-1468 |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that he caused the foregoing Response of Defendant to Plaintiffs' First Interrogatories to be deposited for First Class Mail delivery, with adequate postage, on the date and to the address set forth below:

> Joseph M. Bernstein
> 800 North King Street, Suite 302
> Wilmington, DE 19801

DATE: March 23, 2005