IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR.,<br><br>    Plaintiffs,<br><br>    vi.<br><br>CARPENTERS PENSION AND ANNUITY<br>PLAN OF PHILADELPHIA AND<br>VICINITY, successor by merger to<br>CARPENTERS LOCAL 626 PENSION<br>AND ANNUITY PLAN,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 04-1468<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that he caused the foregoing Defendant's Request for Documents to All Plaintiffs to be transmitted by facsimile or hand delivered on the date and to the address set forth below:

>                Joseph M. Bernstein
>                800 North King Street, Suite 302
>                Wilmington, DE  19801

*/signature/*

DATE: March 31, 2005