IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR., :<br>:<br>  Plaintiffs, :<br>:<br>  vii. :<br>:<br>CARPENTERS PENSION AND ANNUITY:<br>PLAN OF PHILADELPHIA AND :<br>VICINITY, successor by merger to :<br>CARPENTERS LOCAL 626 PENSION :<br>AND ANNUITY PLAN, :<br>:<br>  Defendant. : | Civil Action No. 04-1468 |

NOTICE OF DEPOSITION OF
JOHN MALANDRUCCOLO, JR.

Please take notice that Defendant will take the deposition of Plaintiff John Malandruccolo, Jr. beginning at 1:30 p.m. on May 16, 2005 at the offices of Jennings Sigmond, P.C., The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, Pennsylvania, 19106, in accordance with Fed.R.Civ.Pro. 30. You are invited to attend and cross-examine the witness.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Timothy J. Snyder*

Timothy J. Snyder (No. 2408)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6645
Facsimile: (302) 576-3336
Email: tsnyder@ycst.com
Counsel to Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR., | : <br> : <br> : | |
| Plaintiffs, | : <br> : | |
| viii. | : <br> : | Civil Action No. 04-1468 |
| CARPENTERS PENSION AND ANNUITY<br>PLAN OF PHILADELPHIA AND<br>VICINITY, successor by merger to<br>CARPENTERS LOCAL 626 PENSION<br>AND ANNUITY PLAN, | : <br> : <br> : <br> : <br> : <br> : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that he caused a copy of the foregoing Notice of Deposition of John Malandruccolo, Jr. to be transmitted by facsimile, hand delivery or deposit for first class mail delivery, with postage prepaid, on the date and to the address set forth below:

>Joseph M. Bernstein
>800 North King Street, Suite 302
>Wilmington, DE 19801

DATE: March 31, 2005

Deposition Notices - Barr Malandruccolo DOC