IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>CARPENTERS PENSION AND ANNUITY :<br>PLAN OF PHILADELPHIA AND :<br>VICINITY, successor by merger to :<br>CARPENTERS LOCAL 626 PENSION :<br>AND ANNUITY PLAN, :<br>:<br>Defendant. : | Civil Action No. 04-1468 |

### CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that he caused the foregoing Response of Defendant to Plaintiffs' Request for Documents to be hand delivered on the date and to the address set forth below:

Joseph M. Bernstein
800 North King Street, Suite 302
Wilmington, DE 19801

_____

DATE: April 7, 2005

149425_1.DOC                                               7