IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR.,<br>    Plaintiffs,<br><br>v.<br><br>CARPENTERS PENSION AND ANNUITY<br>PLAN OF PHILADELPHIA AND VICINITY,<br>successor by merger to CARPENTERS LOCAL<br>626 PENSION AND ANNUITY PLAN,<br>    Defendant. | :<br>:<br>:<br>:<br>: Civil Action No. 04-1468  KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that (1) Plaintiff Alan Barr's Response to Defendant's Request for Production of Documents, and (2) Plaintiff John Malandruccolo, Jr's Response to Defendant's Request for Production of Documents were served as noted below on May 3, 2005 upon the following:

| | |
|---|---|
| Kent Cprek, Esquire<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers - 16th Floor<br>510 Walnut Street<br>Philadelphia, PA 19106-3683<br>**By First Class Mail** | Timothy J. Snyder, Esquire<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street<br>Wilmington, DE 19801<br>**By Hand Delivery** |

        /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-Mail: jmbern001@comcast.net
Attorney for Plaintiffs

Dated: May 3, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and : | |
| JOHN MALANDRUCCOLO, JR., : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 04-1468  KAJ |
| : | |
| CARPENTERS PENSION AND ANNUITY : | |
| PLAN OF PHILADELPHIA AND VICINITY, : | |
| successor by merger to CARPENTERS LOCAL : | |
| 626 PENSION AND ANNUITY PLAN, : | |
|     Defendant. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Timothy J. Snyder, Esquire
    Young, Conaway, Stargatt & Taylor
    1000 West Street
    Wilmington, DE 19801

I hereby certify that on May 3, 2005, I mailed the above document(s), by First Class Mail, to the Following non-registered participants:

    Kent Cprek, Esquire
    Jennings Sigmond, P.C.
    The Penn Mutual Towers - 16th Floor
    510 Walnut Street
    Philadelphia, PA 19106-3683

                                    /s/ Joseph M. Bernstein
                                    JOSEPH M. BERNSTEIN (Bar #780)
                                    800 N. King Street - Suite 302
                                    Wilmington, DE 19801
                                    302-656-9850
                                    E-mail: jmbern001@comcast.net