IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALAN D. BARR and** | : |
| **JOHN MALANDRUCCOLO, JR.,** | : |
|    **Plaintiffs,** | : |
| | : |
|   **v.** | : **Civil Action No. 04-1468  KAJ** |
| | : |
| **CARPENTERS PENSION AND ANNUITY** | : |
| **PLAN OF PHILADELPHIA AND VICINITY,** | : |
| **successor by merger to CARPENTERS LOCAL** | : |
| **626 PENSION AND ANNUITY PLAN,** | : |
|    **Defendant.** | : |

**NOTICE OF DEPOSITIONS**

TO: Timothy J. Snyder, Esquire
    Young, Conaway, Stargatt & Taylor
    1000 West Street - 17th Floor
    Wilmington, DE 19801

    Kent Cprek, Esquire
    Jennings Sigmond, P.C.
    The Penn Mutual Towers - 16th Floor
    510 Walnut Street
    Philadelphia, PA 19106-3683

      PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following

persons on **June 15, 2005** at the times listed below, at the offices of GEMGroup, Brandywine

Corporate Center, 650 Naaman's Road, Suite 303, Claymont, Delaware 19703:

| | |
|---|---|
| Jane't Garnett | 9:30 a.m. |
| Scott A. Ernsberger | 10:30 a.m. |

 S/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
Attorney for Plaintiff
E-mail: jmbern001@comcast.net

Dated: May 19, 2005
cc: Hawkins Reporting Service

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALAN D. BARR and** | : |
| **JOHN MALANDRUCCOLO, JR.,** | : |
| **Plaintiffs,** | : |
| | : |
| **v.** | : **Civil Action No. 04-1468  KAJ** |
| | : |
| **CARPENTERS PENSION AND ANNUITY** | : |
| **PLAN OF PHILADELPHIA AND VICINITY,** | : |
| **successor by merger to CARPENTERS LOCAL** | : |
| **626 PENSION AND ANNUITY PLAN,** | : |
| **Defendant.** | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Timothy J. Snyder, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street - 17th Floor
Wilmington, DE 19801
E-mail: tsnyder@ycst.com

I hereby certify that on May 19, 2005, I mailed the above document(s), by First Class Mail, to the Following non-registered participants:

Kent Cprek, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

/s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (Bar #780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net