IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR.,<br>    Plaintiffs,<br><br>v.<br><br>CARPENTERS PENSION AND ANNUITY<br>PLAN OF PHILADELPHIA AND VICINITY,<br>successor by merger to CARPENTERS LOCAL<br>626 PENSION AND ANNUITY PLAN,<br>    Defendant. | :<br>:<br>:<br>:<br>: Civil Action No. 04-1468 KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned hereby certifies that Plaintiffs' Second Request for Production of Documents Directed to Defendant were served as noted below on June 16, 2005 upon the following:

| | |
|---|---|
| Kent Cprek, Esquire<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers - 16th Floor<br>510 Walnut Street<br>Philadelphia, PA 19106-3683<br>**By First Class Mail** | Timothy J. Snyder, Esquire<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street - 17th Floor<br>Wilmington, DE 19801<br>**By Hand Delivery** |

   s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-Mail: jmbern001@comcast.net
Attorney for Plaintiffs

Dated: June 16, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and : | |
| JOHN MALANDRUCCOLO, JR., : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 04-1468 KAJ |
| : | |
| CARPENTERS PENSION AND ANNUITY : | |
| PLAN OF PHILADELPHIA AND VICINITY, : | |
| successor by merger to CARPENTERS LOCAL : | |
| 626 PENSION AND ANNUITY PLAN, : | |
|     Defendant. : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Timothy J. Snyder, Esquire
    Young, Conaway, Stargatt & Taylor
    1000 West Street
    Wilmington, DE 19801

    I hereby certify that on June 16, 2005, I mailed the above document(s), by First Class Mail, to the Following non-registered participants:

    Kent Cprek, Esquire
    Jennings Sigmond, P.C.
    The Penn Mutual Towers - 16th Floor
    510 Walnut Street
    Philadelphia, PA 19106-3683

                                                 s/ Joseph M. Bernstein
                                                 JOSEPH M. BERNSTEIN (Bar #780)
                                                 800 N. King Street - Suite 302
                                                 Wilmington, DE 19801
                                                 302-656-9850
                                                 E-mail: jmbern001@comcast.net