IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARPENTERS PENSION AND ANNUITY<br>PLAN OF PHILADELPHIA AND<br>VICINITY, successor by merger to<br>CARPENTERS LOCAL 626 PENSION<br>AND ANNUITY PLAN,<br><br>    Defendant. | Civil Action No. 04-1468 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS

Defendant, Carpenters Pension and Annuity Plan of Philadelphia and Vicinity, successor by merger to Carpenters Local 626 Pension and Annuity Plan ("Plan"), by and through counsel, hereby moves pursuant to Federal Rule of Civil Procedure 56 for entry of summary judgment against Plaintiffs Alan D. Barr and John Malandruccolo, Jr. as the Plaintiffs were properly awarded benefits under the terms of the Plan and therefore are not entitled to additional benefits from the Plan; or, in the case of Plaintiff Alan D. Barr, that his claim for additional benefits is time barred by the Statute of Limitations.

The grounds for this motion are set forth in detail in the Defendant's Opening Brief in Support of Defendant's Motion for Summary Judgment Against Plaintiffs.

WHEREFORE, the Plan respectfully requests the Court to enter the attached Proposed Order granting its motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Timothy J. Snyder_

Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6645
Facsimile: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

Kent Cprek
JENNINGS SIGMOND, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Defendant

September 30, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. BARR and<br>JOHN MALANDRUCCOLO, JR.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CARPENTERS PENSION AND ANNUITY<br>PLAN OF PHILADELPHIA AND<br>VICINITY, successor by merger to<br>CARPENTERS LOCAL 626 PENSION<br>AND ANNUITY PLAN,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No. 04-1468<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

At Wilmington, Delaware, this _____ day of _____, 2005, having considered the Motion of Defendant Carpenters Pension and Annuity Plan of Philadelphia and Vicinity, successor by merger to Carpenters Local 626 Pension and Annuity Plan ("Defendant") for Summary Judgment and the parties' arguments thereon, it is hereby ORDERED that said Motion is GRANTED and that the above-captioned matter against Defendant is hereby DISMISSED in its entirety with prejudice.

BY THE COURT:

_____
The Honorable Kent A. Jordan
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I electronically filed a true and correct copy of the Defendants' Motion for Summary Judgment Against Plaintiffs using CM/ECF, which will send notification that such filing is available for viewing and downloading. I further certify that on September 30, 2005, I caused a copy of the Defendants' Motion for Summary Judgment Against Plaintiffs to be served on the following counsel of record in the manner indicated below:

### HAND DELIVERY

Joseph M. Bernstein, Esquire
800 North King Street, Suite 202
Wilmington, DE 19801

_/s/ Timothy J. Snyder_
Timothy J. Snyder (No. 2408)