Malandruccolo

disability that I would fill it out and send that -- that form back with them. And then two weeks before I filled it out, that's when I called Jane't. That's -- Jane't was new. Jane't sent me that, said send it back with your copy of your -- the thing you get from social security is only a one sheet of paper, and it has a little thing right here telling your date that you are disabled and all. Yes. You are not near the end.

Q. We will get there faster than you expect.

A. But I am getting a little confused.

Q. Did you talk to anybody at Gem Group other than Jane't, Jane't is J-A-N-E' T?

A. Jane't was there at the end. The first case I did talk to another woman, names, I don't know.

Q. Okay. Do you know -- you have no idea who the other woman you talked to was?

A. No. I just called and they explained. It was a short explanation -- it was a short, you know, just told me -- yes, that's the one from social security, right there.

Q. You are pointing to the third page of

Malandruccolo

Exhibit 14?

A. Yes. That's the one you get and you send in with the paper, with the work, the application for -- geez -- for the Gem Group. This goes in with the application. And before you can get anything, it has to go in the same time. You mail these together, this one or whatever.

Q. And who told you that?

A. Who told me that?

Q. Yes.

A. Jane't was the last one that told me. But the other one that told me, you get the paper when social security tells you you get disability, you get a paper, you file -- you call, they send you a form, you fill it out, and this goes with it. And that's exactly what I did.

Q. Okay. And was that -- do you know if that was in February or was that in --

A. I can't remember. I'm not -- I'm not -- I can't remember.

Q. You don't have any idea when you called?

A. It wasn't long after I was off, because

Malandruccolo

Al come -- Al came to visit me. Wasn't long. I can't -- I can't give dates. As honest as I can be, I can't give them. I don't know.

Q. Let's go back to this social security letter?

A. Okay.

Q. That's your social security award?

A. Yes. That's the one you get after you file and they do all your checking, all your history things, yes. That's all you get. I might -- no, that's all I got. That's all I gave anybody. I gave Mr. Bernstein, I gave anybody, that's all I had to give them was that paper there.

Q. Okay.

A. That's it. I don't remember -- now, I have file cabinets and she has files, and there might be other stuff with it. I don't take care of anything.

Q. Okay. Would you ask her --

A. I don't take care of bills or nothing.

Q. Ask her if she can check if you have anything else, is that okay?

A. Yes, but I don't think there is. I

Malandruccolo

think this is it from social security.

Q. Yes. That may well be the case.

A. I know I didn't.

MR. BERNSTEIN: He can look.

THE WITNESS: I know it is, because I've taken this stuff out, that file out, and that's what I have got copies of when I had to come to you, when you told me to bring the paperwork. That's all that's in my files on social security. But I will look and --

BY MR. CPREK:

Q. Okay. Just look at the rest of the documents in this exhibit, okay?

A. Okay. Which --

Q. In Exhibit 14?

A. I'm going to -- okay. Yes.

Q. Tell me if you remember any of them?

A. Received your appeal -- now, I don't know about this in here. Do you have -- is there a letter -- a first one in here that I sent?

Q. This is documents you sent me. So I'm just trying to figure out what you remember from what you still have.

A. On the one they turned down, where they

-- let's see. At the next regular board meeting, all right, they put mine off. Mine and Ricky Laxton's was at the same time, and they separated us. When -- that's when I called that guy, Scott, and he told -- it's a different case. You know, it's altogether different, is what that guy Scott told me.

Q. And a different case being Laxton's case?

A. Laxton's. They separated us.

Q. Yes.

A. So -- and then I waited. And then they sent me another one.

Q. And if you look at the next page, January 16th, 2004?

A. Yes.

Q. Does that look like the letter you got?

A. Okay. Wait a minute. No, I don't remember this, this part of it. Now, she -- on the one letter that come back after the one -- after the one, before I sent in another one a little while later, disability date -- my wife come downstairs and told me that they turned me down.

                        Malandruccolo

Q. Okay.

A. So, I didn't read this. That they turned me down. She said, "You are not going to get it, they turned you down."

Q. So that your wife read the letter?

A. Yes.

Q. And let's look at the next page, the letter dated April 25, 2004?

A. Right.

Q. And is that a letter your wife would have --

A. That's the letter, yes.

Q. And who is Kimmell, Carter, Roman and Peltz?

A. Oh, that's -- that's my other lawyers. That's --

Q. And what are they your lawyers for?

A. Workmen's comp.

Q. And the basis for your appeal was that you felt you were being discriminated against --

A. Yes, sir.

Q. -- because one other person had gotten retroactive money?

A. Yes.

Malandruccolo

Q. Okay.

A. And I talked to my business agent. I said, "You signed the letter stating that you would not tell me that the other guy got it." And he would not say. And then finally I said, "I know you did, Joey, and I also know Ricky signed a letter not to tell me or Al."

Q. So, how did you learn about it?

A. Somebody trying and get a pat on their back, and they took care of it, and I heard it through the grapevine. So, I confronted him.

Q. Who is that?

A. Who did I confront?

Q. Yes.

A. I confronted Joey Durham.

Q. Do you know of anybody else --

A. See, he represents me, too, and that's what had bothered me. When you have a business agent, your business agent represents every member in the local, not one, and sign a letter against you. And he did sign against me, as far as I was concerned. That's why I went to Joey about it.

Q. Okay. Do you know of anybody else who got a retroactive disability pension?

Malandruccolo

A. I'm not positive, no, so I'm not going to say.

Q. Do you know anybody who got a disability pension without getting a social security award?

A. A what?

Q. Do you know of any other carpenters who had disability pensions?

A. Without social security? No, I don't think so. No. Without social security.

Q. Do you know any carpenters who got disability pensions?

A. Yes, Ricky Laxton, I know he's getting disability pension.

Q. Anybody else that you know of?

A. No, not offhand. I'm -- the one guy's name, he's getting disability pension and social security. He's young. He's younger than me, but I don't remember -- it's either the Boyce or Joyce. I'm trying to think. I know him when I see him, and I talked to him on the phone, and I --

Q. But the only case you are familiar with is Ricky Laxton?

Malandruccolo

A. Yes, because he was there the same time I was, exact same time. Same day at the local, same day, and I have talked to Ricky on the phone dozens of times.

Q. And your case is based solely on Ricky Laxton?

A. No, it's not based solely on Ricky Laxton. It's based that I feel that I should get it, if that's what you are asking.

Q. Right.

A. I feel that I should get it because I'm totally disabled December the 17th, and I -- you know, that's when I was disabled, not just because Ricky Laxton got it. I -- no.

Q. You know you didn't get any payments from social security for six months after that, right?

A. After December --

Q. 17th.

A. Yes.

Q. You didn't get them until after you had applied to social security?

A. Right.

Q. And then there was a waiting period?

Malandruccolo

A. Right. But there's no waiting period in our book. There's no waiting period.

Q. How did you conclude that?

A. How do I conclude? It's just not there. I just know that you can get it -- I went -- the business agent pretty much let me know that I was going to get it. I thought I was getting it off the bat. I knew I could apply for it. And the Gem Group even helped me out on, you know, told me to write the letter to appeal it. So -- I just thought I knew what I was doing. That's all. Without a lawyer. That's what I thought I did. And I didn't -- I guess I thought wrong.

Q. Okay. But the only person you knew of with a disability pension is Ricky Laxton?

A. He's the only one I paid attention to it.

Q. And you didn't read anything beforehand about your disability pension?

A. I thought I was going to get it, no. I know Ricky was -- Ricky was fighting for it like I was.

Q. Yes. I'm just trying to figure out how we got there?

Malandruccolo

A. Ricky was fighting for it like I was. I had filed for it and didn't even know Ricky was filing for it, too. I had filed for it. And that's when I called the hall. And the only way I knew Ricky was doing the same thing, I met him at the hall. I did not know Ricky was -- had anything to do with it. I knew Al was filing for it, but I didn't know Ricky was, either, until I got to the union hall for that meeting that day, is when I met up with Ricky Laxton. And me and Ricky's been friends for years. I did not know it. I was filing for it, and Joey called us in for a meeting.

Q. Let me just step back again. You know of no disability pensioners other than Alan Barr and Ricky Laxton from 626?

A. The one other guy, but I don't know his name that was filing, that I had called.

Q. Okay.

A. To find out if he needed a lawyer, and wanted to go with us.

Q. And the knowledge you got was from talking to people rather than reading anything?

A. No. I read the book. It's not in

the book that we don't get it. It's not in our -- we have a book.

Q. Did you read the book or your wife read the book?

A. My wife read it. I do read that much. I did check the book for an article. No, it's not in the book. They took it out. It's not in there.

They sent me a thing from `96 saying it was a `96 rule, but it's not a `96 rule, it's not a 2000 rule. It's gone. It's out of the book. Now they put something else in the book, reworded it altogether.

Q. Okay. I show you a document I've marked as Defendant's Exhibit 15. Have you seen that before, or something like it?

A. If it's in the blue book, yes.

Q. And the blue book is like --

A. It's a blue --

Q. Ring binder?

A. -- ring binder. It's about that thick.

Q. You are making about an inch?

A. Yes. It's pretty thick. It's in a

binder. It's a binder book, and it's carpenters health and -- whatever it is.

Q. It had three little booklets in it, one was health and welfare, one was pension, and on one was your retirement --

A. It has different pages.

Q. It's got little tabs in it, and it's got pages in it?

A. Yes, I think so.

Q. And you recall getting that book?

A. I got that book.

Q. Okay. Do you know when you got that book?

A. Yes. They had gave them to us before, and I lost mine, and they give me another one. No, I don't know exact date I got it.

Q. Is this the book they were talking about you read?

A. Yes.

Q. Okay.

A. Yes.

Q. Do you know what part of this book you read?

A. Yes, I do. About the pension and all

Malandruccolo

that, and then -- and the reason I really read it, because they sent me a thing from 1996 saying page something, something, was after -- after I was filing for that, they sent me one statement. And I had looked through the book before, and it's altogether different, altogether different, the `96 to -- or not `96, `99, to whatever.

Q. Is this the book you read?

A. It might be. I don't know.

Q. You have no recollection?

A. I am talking about now, you are talking about over a year ago. No, I'm not going to sit here and say, yes, yes, yes. I want to be -- I want to be honest, and if -- you know --

Q. Did the book you have read have two columns or just the regular text like this?

A. No, it didn't have the two columns, no. Did not. The `99 had the two columns, because that's what I picked up. They were changing the pages. That's when I said them pages ain't what I seen.

Q. Okay. So, what you were reading didn't have the two columns?

A. No, it did not have the two columns.

No. I don't think it had two columns. Let me see.

Q. Okay. And you don't recall enough about this book to know if you read anything in it?

A. No. No. I'm having trouble reading this and trying to function this in my head, you know what I mean, to get any meaning? If you gave me a multiplication problem right now, I couldn't do it.

Q. The book that I was talking about --

A. I'm not being smart, I just -- that's the problem I have right now.

Q. Defendants Exhibit 15, that was the booklet I was talking about, you don't recall anything in there that you read?

A. Not right now, no.

Q. Okay. Do you know if your wife read it?

A. Yes, she read everything.

Q. Did she point out anything to you in this booklet?

A. I don't know. I don't know. I have been through this book, I have been up there with

                            Malandruccolo

Joey, I have been on the phone with Joey. I have been on the phone with everybody. I was -- I have been on the phone with so many people, and even like I said, I even called the Philadelphia business agent. So, I don't know. And I don't know all I said or all I did.

Q. Okay. But you remember reading something from 1996 or 1999?

A. It was `99 they sent me a page from a 19 -- the committee, not at first, the very last when they denied me. At first they didn't. But at the very last, they sent me a thing, page, just a partial of it with a column. I think it had the two columns of `99. It was just like a copy of it, because the date was almost off of it.

Q. I am showing you a document I've marked as Defendants Exhibit 16. I would ask that you look at the second page of that document. Is that the thing from 1999 you received?

A. I think it is. I think this is what made the change in mine. Yes, this is where -- that they had marked something in yellow. They had took and marked something in yellow.

Q. Okay.

                              A. But -- and I went through and through this book, and it's not there. I was told, almost told by -- I was going to get my pension, or I would have never been going through all of this. I was told, and then I was turned down.

Q. Well, you got your pension, isn't that correct?

A. No. I am talking about my back pension, because I had nothing coming in, but yes, I did. I had to wait two months extra to get that, because it was fouled up. But -- you have one of them? This is what -- is this the one I was telling you about?

MR. BERNSTEIN: I can't answer.

THE WITNESS: Okay. I am sorry. I'm just trying to get it clear. I think there's a change in the page. This is --

BY MR. CPREK:

Q. You recall something that was in two columns from 1999?

A. Yes, that they sent me on the very, very last time they turned me down.

Q. Okay. And it was just one page, right?

Malandruccolo

A. That was one page, yes. And then all this was like faded out. Like I could just pick that up a little bit of that.

Q. You are talking about the printing at the top of the page?

A. Yes. It was only a partial of that left. I think you got me in circles or something here.

Q. I show you a document I've marked as Defendants Exhibit 17. Again, is that your handwriting at the bottom?

A. Yes.

Q. Okay. Would this be a letter that your wife typed?

A. Yes. Yes. Yes, it's in here -- I am sorry -- yes. That I couldn't foresee what social security would do on that, you know what I mean? I could not collect my pension until I got -- you are not allowed to file. That's what I was told. Gem Group and Joey and them told me to write this letter. That's exactly what I did.

Q. Okay.

A. Exactly what I did.

Q. You believed you could not file for a

disability pension until you were awarded social security?

A. Right. That's what I was told, yes, sir.

Q. And who told you that?

A. That Gem Group, somebody I called in the Gem Group told me that, because Al had already called and told me, yes, I did call. And I was told that.

And when I went to Joey at the hall and talked to Gem Group, this is what they told me to file, and send it certified.

Q. Right.

A. And that way --

Q. That was every --

A. This is at the very end.

Q. After you got your basic pension, you filed what you are pointing to as Exhibit 17?

A. Yes. Yes. After -- in this time here. I still hadn't gotten my pension. You know, it was still -- I still hadn't got the two months. They still owed me two months, okay?

Q. Okay. But your basic point in writing this letter that's Exhibit 17 --

                              Malandruccolo

A. Right.

Q. -- was to go get benefits back to your disability date?

A. Right.

Q. Of December 17th?

A. Yes.

Q. And the reason you didn't file earlier, because you assumed that you couldn't get a pension without a social security award?

A. Right. I was told that you have to have this in order to file this. And I went to -- I had help from the hall to tell me to write a letter.

Q. Okay.

MR. BERNSTEIN: Just for the record, when you are pointing to this, could you describe what it is you are pointing to?

THE WITNESS: Social security disability insurance.

MR. BERNSTEIN: Okay.

THE WITNESS: Claim.

BY MR. CPREK:

Q. And you were told to write Exhibit 17?

A. I was told --

Kaplan, Leaman & Wolfe
215.922.7112
BARR V. CARPENTERS PENSION PLAN, D DEL 04-1468 KAJ
DEFENDANTS' SUMMARY JUDGMENT APPENDIX
PAGE A – 137

Malandruccolo

Q. Directed --

A. He was told to write to the committee and tell them that I didn't, you know, that I was confused about the whole thing, is really what I was told.

Q. But you --

A. I had a lot of, you know -- not a lot -- I had -- the Gem Group told me, and they also told me to make sure I sent it certified, that way it gets to the committee, and to be sure it got to the committee.

The Gem Group was very good about everything, handling everything, everybody was, as far as that. The only thing wasn't good is I didn't get it. But I -- nothing you get it -- you don't get anything until you turn this retirement disability insurance. You don't even -- you can't even file the application. This got -- has to go back with the application.

Q. Okay. You have -- you had this booklet that we have marked as Exhibit 15, right?

A. It was in that blue book, I have it.

Q. Yes. You got the blue book?

A. Yes, I did.

Malandruccolo

Q. So, if this was in it, then you had this?

A. Yes, if I had the blue book, yes, sir.

Q. And --

MR. BERNSTEIN: Just for the record, when you say this, maybe you could identify it for the record?

MR. CPREK: Yes. Exhibit 15. You had Exhibit 15, if it was in the blue book?

THE WITNESS: Yes, if it's in the blue book, yes, sir.

BY MR. CPREK:

Q. And I show you a document I've marked as Defendants Exhibit 18. And what I would like you to do, John, is skip the first three pages, and then look at what you see at the back and tell me if you have any more files at home that concern your disability claim with 626?

A. This here?

Q. Yes. Starting with the Social Security Administration?

A. Social Security Administration, I have that. You want to know if I have where they turned me down, is that what you are asking me?

Malandruccolo

Q. And I am assuming you do, since you produced things?

A. Yes. Yes, I do.

Q. Okay.

A. Yes, I do. If -- yes, I definitely have it. I know this one, because I was a little --

Q. And you are pointing to the letter dated April 25, 2004?

A. The letter, yes. Yes.

Q. Okay. How about the next page, July 20th, 2004?

A. These are ones that I sent, yes. I will have them in a file.

Q. Do you have anything else in a file at home other than these five pages?

A. I don't -- I don't think so. I don't know.

Q. Do you have a file on your worker's compensation benefits at home?

A. Yes, I got a great big black folder full that he just keeps sending -- with letters and all that he sends letters and things from doctors and all that stuff, the doctors' files and

Malandruccolo

BY MR. CPREK:

    Q.    Do you have any other files at home on your 626 pension?

    A.    Probably the ones telling what I am getting now and -- if -- yes.   We don't do -- she doesn't throw anything away.

    Q.    Okay.

    A.    So, if it's anything I get in my pension, a change in my pension, change in my Blue Cross, because I have to pay my own Blue Cross, we don't have paid Blue Cross in our local.   I have to pay my own.   So, as of right now, I am paying 489 dollars.   That was just a change, a month, for now, until 2006, and then it goes up to like 1,500 a month, or more.

    Q.    If you had it at home, though, you gave it to Mr. Bernstein?

    A.    Yes.   On the -- on this stuff, yes. What I had at the time, yes, I did this stuff right here I gave you now.

    Q.    It's fair to say that if it's not -- if I didn't get it from Mr. Bernstein, that you didn't send any more letters?

    A.    I didn't send any more.

Malandruccolo

Q. And you don't have any notes of any conversations you had with Gem Group or anything?

A. No. No. Like I said, Gem Group was great to me, you know, as far as talking and telling me write a letter and that they would get it to the committee. You know, no. I talked to Scott, and the reason Scott talked to me, because he was friends with Benny Johnson, and Benny Johnson give me his phone number to call.

Q. Okay. When did you talk to Benny?

A. I talked to him on -- when I was filing for this.

Q. For --

A. Not for this.

Q. For social security?

A. No, filing to get my money back, my money from my back pension. Benny's a close friend of mine, and he's something in the local. I think he's a road man now in the local. And he just told me, he said, "Call this guy. He's the guy at the Gem Group. He's a friend of mine."

So, I called. That's who I called, Scott. I called him. And they did. After when it all -- when it all started going down, then

nobody would talk to me no more.

Q. So, Benny just told you to call Gem Group?

A. He just told me to call Gem Group, Scott. He told me to call.

Q. So, the people you talked to were Benny Johnson?

A. Yes. And he only give me -- told me to call the Gem Group. Joey Durham is the one that told me, our business agent, he's the one called me in for a meeting, and he's the one that told me to file the letter, you know --

Q. Did you file --

A. File the first letter, second letter and third letter. But told me to get a lawyer, too. I did not listen.

Q. And the third person you talked to is Ricky Laxton?

A. Yes, I talked to Ricky Laxton that day, yes, that's where I met Ricky at.

Q. And Alan?

A. Alan Barr was the first guy I ever talked to. He came to see me when I was operated on. That was the first guy.

Malandruccolo

Q. Is there anybody else you talked to about a 626 disability pension?

A. Not disability. I just talked to guys that are on pension. That's all, my buddy Ralph Seisk and stuff like that. They are not disability.

Q. How did he -- how do you spell Ralph's last name?

A. S-E-I-S-K or something like that, Seisk, sick, S-E-I-C-K.

Q. What did he tell you about 626 pension?

A. He just gets his pension. He's been a friend of mine since I was a kid. You know, he just gets his pension, that's all. I just talked to him about disability and everything.

Q. Did he tell you anything about disability pensions?

A. No, he didn't talk about disability, just pension, that's all.

Q. What did he tell you?

A. No, he just told me I would get my, you know -- just talked about getting pension. Nothing, you know --

Q. Okay.

Malandruccolo

A. I talked to, you know -- I talked to other guys calling, you know, about getting our money out and all that before it was moved, and all that, you know, like our savings and stuff like that. Not our --

Q. This was before the mergers in the plans?

A. Yes, before the merger, before it came to Philly. But I didn't get mine out in time before it got to Philly.

Q. Or that would be your retirement savings plan?

A. Yes.

Q. Your lump sum account?

A. Yes, that -- yes. Wasn't a whole lot but, you know, a few thousand.

Q. Did you talk to them at all about a disability pension, these guys you were talking to?

A. No. They are not on disability. They just are old enough to be off, but they are double. We had a double pension, out at 60, they were old enough to be out and get a double, or whatever. That was the old plan. Is this mine

now? I know it was out. I probably got it. You gave a lot of them out. You want these back?

Q. Yes, eventually.

A. Okay.

Q. No further questions.

BY MR. BERNSTEIN:

Q. John, just a couple questions.

A. Okay.

Q. To kind of complete the loop here. Your age today?

A. Fifty-six.

Q. And what was the highest grade you finished in school?

A. I finished the twelfth, but I kind of lost everything, you know what I mean? I finished school, I graduated. But new math and all that, as far as spelling and stuff like that, I wasn't great.

Q. Where did you go to high school?

A. Middletown.

Q. And do you remember what year you graduated?

A. Yes, `67.

Q. Okay.

Malandruccolo

A. So, I had a little kid then. That's why I know.

Q. And you mentioned your wife, and I think you indicated that she had filled out the application for the pension for --

A. Yes, she fills out everything as far as spelling and stuff. Anything that -- and then I sign stuff.

Q. Okay. So, you rely on your wife to --

A. Yes, I do.

Q. -- to do that for you?

A. Yes, I do.

Q. And is it because you can't do it or because she does it better than you?

A. She does it -- everything better than I do, as far as that. She can't build nothing, but she's good on a computers and stuff like that.

Q. Okay.

A. I mean --

Q. So, if there are applications for insurance benefits or disability benefits, or worker's comp benefits, anything you need to fill out, she does it for you?

Malandruccolo

A. Most of the time. Most the time.

Q. Do you remember anything, the last thing you filled out without her help?

A. If she ain't there, I will do something, but the last thing I did was I did -- I did the phone calls about Blue Cross and all that to the Philly local. I called them about that, because they had cancelled my Blue Cross. And it was -- it wasn't their mistake. It was a Blue Cross mistake. They are -- when they had the merger, I talked to the girls up there, and they had a lot of problems with the mergers, too much paperwork, they said, and things got messed up.

Q. Yes.

A. Wasn't their fault.

Q. Just to clarify something: You stopped work, or your last day at work was December 17th, 2002?

A. Yes.

Q. And was there any particular thing that happened that day --

A. No.

Q. -- that would cause you to stop working?

Malandruccolo

A. They was just scheduled the operation the next day.

Q. Okay.

A. I didn't work that day.

Q. Okay. But you worked right up to the day you had the operation?

A. Yes, I did.

Q. And after the surgery you were told what?

A. After that surgery I thought -- thought I was going to maybe be back, but then I had to have another surgery that didn't work.

Q. Were you told not to go back to work after the first surgery?

A. Oh, no, I wasn't -- I couldn't go back to work, no, not right then. I couldn't go back to work. So -- because that was too short a time. There wasn't a whole long time in there. But in the meantime --

Q. What was the time frame between the first surgery and the second surgery, if you know?

A. I don't know.

Q. Okay. But was it close together?

A. It was fairly close, yes. Wasn't --

Malandruccolo

Q. And between the two surgery, is that when you were getting the needles, or was it before the --

A. No, the needles before that. The needles were before. That's where I was messed up and I left there. I left -- it had to be better than a year that I was away from there, because I got the one needle lasted a good while, and then I had got three more needles there, and they can't give you no more, you are going to turn to mush.

Q. But while you were still getting the needles, you were still working?

A. Yes, I was. I went right from getting a needle, 7:30 in the morning, go right to work, Sugarman would meet me in the office.

Q. Did you get any needles after you had the surgeries?

A. Wait a minute. Wait a minute. Let me think. They might have give me one to try -- they gave me one, but I don't know. Let's see. They gave me one when I had the -- no, I know he gave me one with the bars in to try to cease the stuff around the bars. I'm not sure. I can't

Malandruccolo

-- I can't say. I don't -- I'm not sure on that.

Q. Do you remember how long it was after you stopped working when you had the first surgery that you applied for social security disability?

A. Wasn't -- it wasn't long after this, because Al came to see me, and Al told me. And I had a neck operation. I have had carpal tunnel operations, and all that. And that's when Al told me to -- that I should file.

Q. You mean, Al Barr saw you in the hospital?

A. He come to my house. I was only -- the first operation I was only in the hospital for a couple hours, you know, four hours or something like that, come out. The second one I was in there for a while, a couple days, three days or --

Q. So, that's when you had the discussion with Al about --

A. Yes.

Q. -- applying for social security benefits?

A. Right.

Q. And was that the same time he told you

Malandruccolo

about disability benefits through the union?

A. Yes. I did everything I think exactly what Al had told me. Al's the one that give me the information, because --

Q. Before you talked to Al, what did you know about social security disability benefits or union benefits?

A. Not a thing.

Q. Okay.

A. Not a thing. If it wasn't for Al, I would have been in bad shape money-wise, otherwise. That's the truth, the whole God's honest truth. I would have been in bad shape. I was in bad shape as it was.

Q. And once you found out --

A. Pull my credit report up, you will see.

Q. Okay. Finally, once you found out about this, it was kind of your wife that carried the ball?

A. Yes.

Q. In terms of writing letters, filling out --

A. Yes.

Q. -- applications, and stuff?

Malandruccolo

A. Yes. Because she has a computer and all that, and she -- I don't even turn that on. You know, she -- they don't even let me touch it.

BY MR. CPREK:

Q. And how long have you been married?

A. I will say 30 some years, I guess, 30 some years.

Q. So --

A. For the second time, yes.

Q. So, your wife was around in 2002, 2003?

A. Oh, yes.

Q. And again, when you went back, you got the blue binder with something that looked like Exhibit 15, as far as you know?

A. Yes, I would say it looks like that, yes. It's --

Q. Your wife knew you had that binder?

A. Yes.

Q. And your wife hasn't been going through any surgery or anything?

A. She's been through surgeries and all, but --

Q. Not affecting her brain?

A. No.

Malandruccolo

Q. And she reads, correct?

A. Yes. But you don't just pick something like that up to -- you know, to pick up to read, you know what I mean? You pick it up -- it's there as when you want to find out something, you know what I mean? Like the Blue Cross or whatever your health plan, what happens if you retire and stuff like that. That's when you pick that up. It isn't something -- it's up in the --

Q. But you had the book around the house?

A. Joey give me another one, then I found mine, yes. I have the book.

Q. And your wife knew you had it?

A. She knows I have the book, yes.

Q. Okay.

(Whereupon, the deposition was concluded at 1:01 p.m.)

Malandruccolo

INDEX

| WITNESS | PAGE |
| --- | --- |
| JOHN MALANDRUCCOLO, JUNIOR | |
| BY MR. CPREK: | 3, 81 |
| BY MR. BERNSTEIN: | 74 |

Kaplan, Leaman & Wolfe
215.922.7112

BARR V. CARPENTERS PENSION PLAN, D DEL 04-1468 KAJ
DEFENDANTS' SUMMARY JUDGMENT APPENDIX

PAGE A – 155