# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TIMOTHY J. SNYDER
DIRECT DIAL: (302) 571-6645
DIRECT FAX: (302) 576-3336
tsnyder@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 20, 2005

**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

        Re:    Barr v. Carpenters Local 626 Pension and Annuity Plan
               C.A. # 04-1468KAJ

Dear Judge Jordan:

      I am writing on behalf of the parties to inform the Court that the above referenced matter was settled this morning in a mediation conducted by Judge Thynge. The parties have agreed that a Stipulation of Dismissal will be filed with the Court on or before November 9, 2005.

      Items currently pending in this case include the Motion for Summary Judgment filed by the Defendant on September 30, 2005, and the re-scheduling of the trial date. Unless further direction is received from the Court on these matters, the parties will take no further action on them.

Very truly yours,

Timothy J. Snyder

TJS:adiio

cc:    The Honorable Mary Pat Thynge
       Joseph M. Bernstein, Esquire
       Mr. Kent Cprek, Esquire
       David G. Costello, CEBS