# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TIMOTHY J. SNYDER
DIRECT DIAL: (302) 571-6645
DIRECT FAX: (302) 576-3336
tsnyder@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 15, 2005

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   Barr v. Carpenters Local 626 Pension and Annuity Plan
      C.A. 04-1468 (KAJ)

Dear Judge Jordan:

In my letter to the Court dated October 20, 2005, regarding the settlement at mediation of the above-captioned matter, I stated that a Stipulation for Dismissal would be filed with the Court on or before November 9, 2005.

I am now writing to inform the Court that we have just received the signed Settlement Agreements from the Plaintiffs. We are forwarding them to the representatives of the Defendant and will file the Stipulation for Dismissal with the Court as soon as we receive the fully executed Settlement Agreements back from the representatives of the Defendant.

Very truly yours,

Timothy J. Snyder

TJS:LL:hs
cc:   The Honorable Mary Pat Thynge
      Joseph M. Bernstein, Esquire
      Kent Cprek, Esquire
      Mr. David G. Costello

DB01:1907261.1

019367.1005