IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALAN D. BARR and
JOHN MALANDRUCCOLO, JR.,
    Plaintiffs,

v.

Civil Action No. 04-1468

CARPENTERS PENSION AND ANNUITY
PLAN OF PHILADELPHIA AND
VICINITY, successor by merger to
CARPENTERS LOCAL 626 PENSION
AND ANNUITY PLAN,
    Defendant.

## STIPULATION AND ORDER

    Pursuant to the settlement reached through the Court's Appellate Mediation Program, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. Rule 42(b) with prejudice and without costs against any party.

JOSEPH M. BERNSTEIN

*/s/ Joseph M. Bernstein*

Joseph M. Bernstein, Esquire (No.3806)
800 North King Street, Suite 302
Wilmington, Delaware 19801-3544
(302) 656-9850
Attorneys for Plaintiffs

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Timothy J. Snyder*

Timothy J. Snyder (No. 2408)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6645

OF COUNSEL:

JENNINGS SIGMOND, P.C.
Kent Cprek, Esquire
510 Walnut Street, Suite 1600
Independence Square
Philadelphia, PA 19106-3683
(215)-351-0615
Attorneys for Defendant

DATED:_____

    **SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge